# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2397
_____

DEAVIS N. SEARLES SR and
CATHERINE D. MCMILLIN,

  Appellants,

  v.

ESCAMBIA COUNTY, FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Stephen A. Pitre, Judge.

March 11, 2026

PER CURIAM.

  DISMISSED.

RAY, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Deavis N. Searles, Sr., and Catherine D. McMillin, pro se, Appellants.

No appearance for Appellee.